UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRISHAUNA KELLY,<br><br>Plaintiff<br><br>v.<br><br>LV METROPOLITAN POLICE DEPT., et al.,<br><br>Defendants | Case No. 2:25-cv-00658-JAD-MDC<br><br>**ORDER** |

State prisoner Brishauna Kelly brings this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations that she allegedly suffered during her arrest by Las Vegas Metropolitan Police Department officers and subsequent detention at Clark County Detention Center. (ECF No. 1-1). Plaintiff filed an application to proceed *in forma pauperis*, but her application is not complete because she failed to include a financial certificate and an inmate trust fund account statement for the previous six-month period with it. (*See* ECF No. 1). The Court will deny Plaintiff's application without prejudice and give her the opportunity to correct this deficiency **by July 28, 2025**.

I.    **DISCUSSION**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the

1    **inmate's prison or jail trust fund account statement for the previous six-month**

2    **period**. *See* 28 U.S.C. § 1915(a)(1), (2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis*

3    status does not relieve an inmate of his or her obligation to pay the filing fee, it just means

4    that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

5    **II.    CONCLUSION**

6    It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1)

7    is denied without prejudice.

8    It is further ordered that Plaintiff has **until July 28, 2025**, to either pay the full $405

9    filing fee or file a fully complete application to proceed *in forma pauperis* with all three of

10    the following required documents:

11    (i) a completed application with the inmate's two signatures on page 3,

12    (ii) a completed financial certificate that is signed both by the inmate and

13    the prison or jail official, and

14    (iii) a copy of the inmate's trust fund account statement for the previous six-

15    month period.

16    Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

17    she fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to

18    refile the case with the Court, under a new case number, when she can file a complete

19    application to proceed *in forma pauperis* or pay the required filing fee.

20    The Clerk of the Court is directed to send Plaintiff this Court's approved form

21    application to proceed *in forma pauperis* for an inmate with instructions.

22

23    DATED: May 28, 2025

24

25    _____
     Hon. Maximiliano D. Couvillier III
26    United States Magistrate Judge

27

28