**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Brishauna Kelly,<br>Plaintiff<br>v.<br>LV Metropolitan Police Dept., et al.,<br>Defendants | Case No.: 2:25-cv-00658-JAD-MDC<br>**Order Granting Motion to Extend Time**<br>[ECF No. 13] |

Plaintiff Brishauna Kelly moves to extend the deadline to file a second amended complaint by 30 days, arguing that she needs more time to obtain the information that she needs to correct the defects of her first amended complaint, which include providing identifying information about Doe defendants.[1]

Good cause appearing, IT IS THEREFORE ORDERED that the motion to extend the time to file an amended complaint (ECF No. 13) is GRANTED.

IT IS FURTHER ORDERED that Kelly has until October 26, 2026, to file a second amended complaint. Kelly is reminded that this action will be subject to dismissal if she fails to timely file an amended complaint.

Dated: October 16, 2026

U.S. District Judge

[1] ECF No. 13.